IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ROVI GUIDES, INC., <br><br> Plaintiff, <br><br> v. <br><br> COMCAST CORPORATION; COMCAST CABLE COMMUNICATIONS, LLC; COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC; COMCAST OF HOUSTON, LLC; COMCAST BUSINESS COMMUNICATIONS, LLC; COMCAST HOLDINGS CORPORATION; COMCAST SHARED SERVICES, LLC; ARRIS INTERNATIONAL PLC; ARRIS GROUP INC.; ARRIS TECHNOLOGY, INC.; ARRIS ENTERPRISES LLC; ARRIS SOLUTIONS, INC.; PACE LTD.; PACE AMERICAS HOLDINGS, INC.; PACE AMERICAS INVESTMENTS, LLC; PACE AMERICAS, LLC; TECHNICOLOR SA; TECHNICOLOR USA, INC.; and TECHNICOLOR CONNECTED HOME USA LLC, <br><br> Defendants. | Case No.: 2:16-cv-0322-JRG-RSP |

**ORDER GRANTING COMCAST DEFENDANTS'**
**UNOPPOSED MOTION FOR STAY PURSUANT TO 28 U.S.C. § 1659(a)**

The Court GRANTS Defendants Comcast Corporation, Comcast Cable

Communications, LLC, Comcast Cable Communications Management, LLC, Comcast of

Houston, LLC, Comcast Business Communications, LLC, Comcast Holdings

Corporation, and Comcast Shared Services, LLC's Unopposed Motion for Stay Pursuant

to 28 U.S.C. § 1659(a). The Court hereby ORDERS that this action is stayed until the

determination of the International Trade Commission ("ITC") becomes final in ITC No. 337-TA-1001.  SO ORDERED.

**SIGNED this 10th day of June, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

2